■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN GUERRA, Appellant. [654 NYS2d 642] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered June 16, 1995, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the People failed to disprove the defense of justification beyond a reasonable doubt is not preserved for appellate review, since he never moved in the trial court for dismissal of the indictment on this ground (*see, People v Gray,* 86 NY2d 10; *People v Ellis,* 230 AD2d 751).

In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to disprove the justification defense and to establish the defendant's guilt beyond a reasonable doubt (*see, People v Ellis, supra; People v Arlequin,* 214 AD2d 747; *People v Torres,* 182 AD2d 788; *People v Scalise,* 55 AD2d 992). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *see also, People v Walker,* 214 AD2d 594).

The defendant's remaining contentions are either not preserved for appellate review or without merit. O'Brien, J. P., Joy, Friedmann and Florio, JJ., concur.